FILED

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

2020 AUG 25  PM 1:14

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FL

for the

_____ District of _____

_____ Division

|  |  |  |
|---|---|---|
| Frank M Davis, rep. Newman Heirs LLC | ) | Case No. 6:20-CV-1505-ORL-  40-GJK |
| _____ | ) | _(to be filled in by the Clerk's Office)_ |
| *Plaintiff(s)* | ) |  |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) ) | Jury Trial: *(check one)*  ☐ Yes  ☐ No |
| -v- | ) ) ) |  |
| Karen Lindsey - President Lindsey Enterprises LLC d/b/a Dry Creek Oil and Gas Company | ) ) ) ) |  |
| _____ | ) |  |
| *Defendant(s)* | ) |  |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |  |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

   A.    **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Frank M Davis - rep for Newman Heirs LLC |
   | Street Address | 525 Sybelia Parkway Ste $508 |
   | City and County | Maitland, Orange County |
   | State and Zip Code | Florida 32751 |
   | Telephone Number | 321.203.2300 |
   | E-mail Address | newmanheirsllc@gmail.com |

   B.    **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Karen Lindsey - President, Lindsey Enterprise LLC |
| Job or Title *(if known)* | d/b/a Dry Creek Oil and Gas Company |
| Street Address | PO Box 902 |
| City and County | Pikeville, Pike County |
| State and Zip Code | Kentucky 41502 |
| Telephone Number | 606.437.0640 |
| E-mail Address *(if known)* | lindseyelliott@setel.com |

Defendant No. 2

| | |
|---|---|
| Name | Will T Lindsey, Jr - Lindsey Enterprpises LLC |
| Job or Title *(if known)* | Vice Present - Operations |
| Street Address | P O Box 902 |
| City and County | Pikeville, Pike County |
| State and Zip Code | Kentucky  41502 |
| Telephone Number | 606.437.0640 |
| E-mail Address *(if known)* | willlindsey@yahoo.com |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, *(name)* Lindsey Enterprises LLc , is incorporated under the laws of the State of *(name)* kENTUCKY , and has its principal place of business in the State of *(name)* Kentucky .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* Pikeville, Pike County, Kentucky .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

100.000

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff's are partners with Lindsey Enterprises LLC, which the latter being the operating partner for Dry Creek Oil and Gas Company. We are "tenants in common" for the operations of Dry Creek Oil and Gas Company. The plantiff's in this matter have requested on many occasions for the mnaging partners to furnish a complete and detailed itemized break down of the "Administrative Charge" to each well. This request has been in place on numerious occasions from September, 1991, to present date with managing partners refuses to supply said documents for plaintiff's review.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The plaintiff's in said case, wishes this Honorable Court to provide relief by setting forth an "Order" requiring the principals of Lindsey Enterprises to provide a detail accounting of the charges associated with the "administrative Charge to wells, along with a detail itemized breakdown of ALL monies that are being held in escrow, savings, checking, certificate of deposits, and money market accounts with any ffederal banking institution.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          08/04/2020

Signature of Plaintiff

Printed Name of Plaintiff        Frank M Davis - Rep. Newman Heirs LLC

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address